# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-00425/0325924652

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Deed and Note Traders, L.L.C.<br>        Debtor.<br><br>Mortgage Electronic Registration Systems, Inc.<br><br>        Movant,<br>  vs.<br><br>Deed and Note Traders, L.L.C., Debtor;<br>Office of the US Trustee, Trustee.<br><br>        Respondents. | No. 4:07-bk-01734-EWH<br><br>Chapter 11<br><br>NOTICE OF DEFAULT<br><br>RE: Real Property Located at<br>     4512 Camino Real<br>     Tucson, AZ 85614 |

      Mortgage Electronic Registration Systems, Inc. secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

      1.     An Order Confirming Debtor's Plan of Reorganization dated December 7, 2007 as amended, was entered on October 23, 2008 which provides for the lifting of the stay imposed by Section

362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust recorded in the records of the Pima County, Arizona Recorder's Office, which encumbers the following real property:

> Parcel I: Lot 61 of LOS RANCHOS PERKINS according to the Map recorded in Book 6 of Maps, Page 99, records of Pima County, Arizona.
>
> Parcel 2: That part of Lot 213, Catalina Foothills Estates No.2, according to Book 8 of Maps, Page 32 records of Pima County, Arizona, more particularly described as follows: BEGINNING at a point on the West line of Lot 213, being the Southeast corner of Lot 61, LOS RANCHOS PERKINS, according to Book 6 of Maps, Page 99, records of Pima County, Arizona, being the TRUE POINT OF BEGINNING; THENCE South 89°41'00" East, a distance of 20.00 feet, THENCE North 00° 19'00" East, a distance of 280.84 feet to a point on a curve on the North line of Lot 213 from which the radius point bears South 45 °37'43"East, a distance of 925.00 feet; THENCE Southwesterly along said North line along a curve concave to the Southeast having a central angle of 01 °48'42" and a radius of 925.00 feet, an arc distance of 29.25 feet to the Northwest corner of Lot 213, also being the Northeast corner of Lot 61; THENCE South 00 ° 19'00" West along the common lot line, a distance of 259.5 feet to the TRUE POINT OF BEGINNING. EXCEPT all coal and other minerals as reserved in the Patent from the United States of America.

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtor has not made the payments as required by the aforementioned Order. The Debtor is presently past due as follows:

| | | |
|---|---|---:|
| a. | 3 – Payments of $1,817.18 each<br>(June 1, 2009 to August 1, 2009) | $ 5,451.54 |
| b. | 3 – Late Charges at $90.86 each<br>(June 15, 2009 to August 15, 2009) | $ 272.58 |
| c. | Suspense Balance of | <$1,269.92> |
| d. | Attorneys Fees | $150.00 |
| | Total Reinstatement | $4,604.20 |

3. Debtors are responsible for the subsequent payments that will come due during this Default period:

| | | |
|---|---|---:|
| a. | 1 - Monthly Payments at $1,817.18<br>(September 1, 2009) | $1,817.18 |

PARTIAL TENDERS WILL NOT BE ACCEPTED

4. Notice is hereby given to the Bankruptcy Court, Debtor, counsel for Debtor, and Trustee, that unless debtor default under the terms of the Stipulation and Order is cured not later than ten (10) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 25th day of August, 2009.

                                      TIFFANY & BOSCO, P.A.

                                      By  /s/ MSB # 010167
                                              Mark S. Bosco
                                              Leonard J. McDonald
                                              2525 East Camelback Road
                                              Suite 300
                                              Phoenix, Arizona 850165
                                              Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.