TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19733/2000338041

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Deed and Note Traders, L.L.C.<br>    Debtor.<br><br>The Bank of New York Mellon, as Successor Trustee under Novastar Mortgage Funding Trust 2004-3<br><br>    Movant,<br>vs.<br><br>Deed and Note Traders, L.L.C., Debtor;<br>Office of the US Trustee, Trustee.<br><br>    Respondents. | No. 4:07-bk-01734-EWH<br><br>Chapter 11<br><br>NOTICE OF DEFAULT<br><br>RE: Real Property Located at<br>330 E. Windsor Street<br>Tucson, Arizona 85705 |

The Bank of New York Mellon, as Successor Trustee under Novastar Mortgage Funding Trust 2004-3 secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

    1.    An Order Confirming Debtor's Plan of Reorganization dated December 7, 2007, as amended, was entered on October 23, 2008, which provides for the lifting of the stay imposed by

Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust recorded in the records of the Pima County, Arizona Recorder's Office, which encumbers the following real property:

The South 74.06 feet of the North 148.12 feet of the West half of Lot 8 in Block 3 and the North half of the East half of Lot 8 in Block 3, of GARDEN HOMES, a subdivision of Pima County, Arizona, as set forth in the office of the Pima County, recorded in Book 6 of Maps, at page 41;

EXCEPT therefrom the North 74.06 feet of the East half of said Lot 8 as conveyed in Joint Tenancy Warranty Deed recorded October 17, 1994 in Docket 9899 at Page 378.

(JV ARB 82 and 89)

PARCEL 2:

An easement in common with other owner of the North 148.12 feet of Lots 6 and 7 and the South 10 feet of Lots 4 and 5 in said Block 3 for purposes of ingress and egress over, across, and upon the South 15 feet of the North 81.56 feet of Lots 6 and 7.

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtor has not made the payments as required by the aforementioned Order. The Debtor is presently past due as follows:

|   |   |   |   |
|---|---|---|---|
| a. | 3 - Monthly Payments at $810.64 each (November 1, 2008 to January 1, 2009) | | $2,431.92 |
| b. | 2 – Monthly Payments at $812.96 each (February 1, 2009 to March 1, 2009) | | $1,625.92 |
| c. | 5 – Monthly Payments at $755.34 each (April 1, 2009 to August 1, 2009) | | $3,776.70 |
| d. | Shortfall Balance of | | $254.00 |
| e. | Attorneys Fees | | <u>$150.00</u> |
|   | Total Reinstatement | | $8,238.54 |

3. Debtors are responsible for the subsequent payments that will come due during this Default period:

| | | | |
|---|---|---|---|
| a. | 1 - Monthly Payment at $755.34 (September 1, 2009) | | $755.34 |

PARTIAL TENDERS WILL NOT BE ACCEPTED

4. Notice is hereby given to the Bankruptcy Court, Debtor, counsel for Debtor, and Trustee, that unless debtor default under the terms of the Stipulation and Order is cured not later than ten (10) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 26th day of August, 2009.

TIFFANY & BOSCO, P.A.

By /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road
Suite 300
Phoenix, Arizona 850165
Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.