**ORDERED.**

# TIFFANY & BOSCO
### P.A.

**Dated: September 02, 2009**

2525 EAST CAMELBACK ROAD SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-18564 / 0500140611

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:07-bk-01734-EWH |
| Deed and Note Traders, L.L. C.<br>          Debtor. | Chapter 11 |
| U.S. Bank National Association as Trustee,<br>Structured Asset Investment Loan Trust Mortgage<br>Pass Through Certificates, Series 2006-2<br>SECURITIZATION SERVICING AGREEMENT<br>Dated as of March 1, 2006 | EXPARTE ORDER TERMINATING THE<br>AUTOMATIC STAY FOR FAILURE TO CURE<br>PURSUANT TO THE TERMS OF THE<br>ADEQUATE PROTECTION ORDER |
|       Movant,<br>   vs. | |
| Deed and Note Traders, L.L. C., Debtor; Office of<br>the US Trustee, Trustee. | |
|      Respondents. | |

     Pursuant to the Order Confirming Debtor's Plan of Reorganization dated December 7, 2007, and

The Order Confirming the Amended plan that was entered on October 23, 2008, and by this reference

incorporated herein, the  above-referenced Debtor; were obligated to make specified payments which

they have failed to make.

The Debtor has failed to comply thereby necessitating a written Notice of Default. Attached hereto as Exhibit "A" is a copy of the Notice of Default.

Based on the failure to cure the contractual agreement of the parties, the prior court order and good cause appearing:

IT IS HEREBY ORDERED that the Automatic Stay is the above-entitle Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, U.S. Bank National Association as Trustee, Structured Asset Investment Loan Trust Mortgage Pass Through Certificates, Series 2006-2 SECURITIZATION SERVICING AGREEMENT Dated as of March 1, 2006 and U.S. Bank National Association as Trustee, Structured Asset Investment Loan Trust Mortgage Pass Through Certificates, Series 2006-2 SECURITIZATION SERVICING AGREEMENT Dated as of March 1, 2006 may exercise whatever state law or contractual rights it may have regarding the property generallydescribed as: 1302 N. Alvernon Way Tucson, AZ 85712 ("Property" herein) and legally described as:

Lot 472, of CARRIAGE HILL NO. 4, according to the Plat recorded in Book 18 and Maps and Plats, Page 63, records of Pima County, Arizona.

IT IS FURTHER ORDERED U.S. Bank National Association as Trustee, Structured Asset Investment Loan Trust Mortgage Pass Through Certificates, Series 2006-2 SECURITIZATION SERVICING AGREEMENT Dated as of March 1, 2006 and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions are binding and are hereby affirmed in this Order as well.

DATED this _____ day of _____, 2009.


_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-18564/0500140611

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:07-bk-01734-EWH |
| Deed and Note Traders, L.L. C.<br>　　　　　Debtor. | Chapter 11 |
| _____ | NOTICE OF DEFAULT |
| U.S. Bank National Association as Trustee,<br>Structured Asset Investment Loan Trust Mortgage<br>Pass Through Certificates, Series 2006-2<br>SECURITIZATION SERVICING AGREEMENT<br>Dated as of March 1, 2006 | RE: Real Property Located at<br>8421 Colette St.<br>Tucson, AZ 85710 |
| 　　　　　Movant,<br>　　vs. | |
| Deed and Note Traders, L.L. C., Debtor;<br>Office of the US Trustee, Trustee. | |
| 　　　　　Respondents. | |

U.S. Bank National Association as Trustee, Structured Asset Investment Loan Trust Mortgage

Pass Through Certificates, Series 2006-2 SECURITIZATION SERVICING AGREEMENT Dated as of

March 1, 2006 secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys

TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

1.    An Order Confirming Debtor's Plan of Reorganization dated December 7, 2007 as amended, was entered on October 23, 2008, which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust recorded in the records of the Pima County, Arizona Recorder's Office, which encumbers the following real property:

Lot 472, of CARRIAGE HILL NO. 4, according to the Plat recorded in Book 18 and Maps and Plats, Page 63, records of Pima County, Arizona.

A Copy of said Order is attached hereto as Exhibit "A".

2.    As of the date of this Notice of Default, the Debtor is not made the payments as required by the aforementioned Order.  The Debtor is presently past due as follows:

| a. | 7 – Payment of $861.67 each (February 1, 2009 to August 1, 2009) (P&I - $861.67; Escrow = $0.00) | $6,031.69 |
| b. | 6 – Late Charges at $43.08 each (February 15, 2009 to July 15, 2009) | $258.48 |
| c. | Less Suspense Balance of | <$38.38> |
| d. | Attorneys Fees | $150.00 |
|    | Total Reinstatement | $6,478.55 |

3.    Debtors are responsible for the subsequent payments that will come due during this Default period:

| a. | 1 - Monthly Payments at $861.67 each (September 1, 2009) | $861.67 |

PARTIAL TENDERS WILL NOT BE ACCEPTED

4.    Notice is hereby given to the Bankruptcy Court, Debtor, counsel for Debtor, and Trustee, that unless debtor default under the terms of the Stipulation and Order is cured not later than ten (10) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to

conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 5th day of August, 2009.

TIFFANY & BOSCO, P.A.

By  /s/ MSB # 010167
       Mark S. Bosco
       Leonard J. McDonald
       2525 East Camelback Road
       Suite 300
       Phoenix, Arizona 850165
       Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.