**ORDERED.**

**Dated: October 13, 2009**



_____
**EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17630 / 1044577267

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Deed and Note Traders, L.L.C.<br>      Debtor.<br>_____<br>Citibank, N.A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF12<br><br>      Movant,<br>vs.<br><br>Deed and Note Traders, L.L.C., Debtor; Office of the US Trustee, Trustee.<br><br>      Respondents. | No. 4:07-bk-01734-EWH<br><br>Chapter 11<br><br>EXPARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER |

      Pursuant to the Order entered on October 23, 2008, attached hereto as Exhibit "A", and by this reference incorporated herein, the above-referenced Debtor; were obligated to make specified payments which they have failed to make.

      The Debtor has failed to comply thereby necessitating a written Notice of Default.

Attached hereto as Exhibit "B" is a copy of the Notice of Default.

Based on the failure to cure the contractual agreement of the parties, the prior court order and good cause appearing:

IT IS HEREBY ORDERED that the Automatic Stay is the above-entitle Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, Citibank, N.A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF12 and Citibank, N.A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF12 may exercise whatever state law or contractual rights it may have regarding the property generallydescribed as: 1302 N. Alvernon Way Tucson, AZ 85712 ("Property" herein) and legally described as:

The East 45 feet of the West 180 feet of Lot 5, Block 2, of NEW DEAL ACRES, according to the plat of record in the office of the County Recorder of Pima County, Arizona, in Book 6 of Maps, page 46.

IT IS FURTHER ORDERED Citibank, N.A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF12 and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions are binding and are hereby affirmed in this Order as well.

DATED this \_\_\_\_\_ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

Exhibit "A"

**ORDERED.**

Dated: October 23, 2008



_[signature]_
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

LAW OFFICES
**GIBSON, NAKAMURA & GREEN, P.L.L.C.**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

Scott D. Gibson, SBN 007395
Kristen M. Green, SBN 019802
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re

DEED AND NOTE TRADERS, L.L.C.,

Debtor.

In Proceedings Under
Chapter 11

4:07-bk -01734-EWH

**ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 7, 2007 AS AMENDED**

All objecting creditors and parties in interest having stipulated to the confirmation of the Debtor's First Amended Plan of Reorganization dated December 7, 2007 and amended on April 24, 2008 and May 22, 2008 ( collectively the "Plan"), and good cause appearing, the Court hereby finds and concludes as follows:

1. The Plan complies with each and all of the requirements of confirmation as prescribed by Title 11, United States Code, including, but not limited to, 11 U.S.C. §§ 1123 and 1129(a)(1)-(13);

2. The Effective Date of the Plan shall be eleven (11) days following the date of the entry of this Order;

DEED AND NOTE TRADERS\ORD CONFIRMING PLAN
10/22/08 11:34 AM

3. The Debtor shall be, and hereby is, authorized and directed to pay any and all claims classified as Class 1 administrative expenses under the Plan, to the extent that such claims have been allowed, or to the extent such claims are for professional fees, or to the extent such fees have been allowed after notice and opportunity for hearing thereon;

4. The Class 2 claims of Pima County shall be paid, in cash and in full, on the Effective Date.

5. The payment and treatment of the Class 3 Claim of GMAC shall be governed by that certain Stipulation dated July 9, 2008;

6. The payment and treatment of the Class 3 Claim of Vantage West shall be governed by that certain Stipulation dated Vantage West, 2008;

7. The payment and treatment of the following Class 4 Claims shall be governed by those certain Stipulations Identified below:

| Creditor | Date of Stipulation |
|---|---|
| RMKM Family Ltd. Partnership | April 24, 2008 |
| Clyde Gavin | April 24, 2008 |
| Alaska Seaboard Partners | July 9, 2008 |
| Option One Mortgage and Washington Mutual Bank, F.A. | August 4, 2008 |
| Middleton/Peth | August 4, 2008 |
| Chase Home Finance, L.L.C., MERS as Nominee for Sun Trust Mortgage, Inc., Wilshire Credit Corporation, Sun Trust Mortgage, Inc. | August 14, 2008 |

. . .

. . .

GIBSON, NAKAMURA & GREEN, P.L.L.C.
LAW OFFICES
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

GRANTED

| | | |
|---|---|---|
| 1 | Base Home Finance, L.L.C., Countrywide Home Loans, Flagstar Bank, Specialized Loan Servicing, Wells Fargo Bank, N.A., National City Bank Mortgage, America's Servicing Company, Avelo Mortgage, Litton Loan Servicing, L.P., Saxon Mortgage Services, Inc., HomeEq Servicing Corporation, Aurora Loan Services, L.L.C., EMC Mortgage Corporation, Home Loans Services. | August 15, 2008 |
| 2 | Option One Mortgage Corporation, Mortgage Electronic Registration Systems solely as the Nominee for IMPAC Lending Group, Mortgage Electronic Registration Systems solely as the Nominee for Concord Mortgage Company., Mortgage Electronic Registration Systems solely as the Nominee for Nova Financial & Investment Corp., Express Capital Lending, IMPAC Funding Corporation, Argent Mortgage Company, L.L.C., Wachovia Mortgage fka World Savings Bank, FSB, Mortgage Electronic Registration Systems solely as Nominee for American Brokers Conduit, First Franklin Financial Corporation, Mortgage Electronic Registration Systems solely as Nominee for First NLC Financial Services, L.L.C., Mortgage Electronic Registration Systems solely as Nominee for Acoustic Home Loans, L.L.C., Mortgage Electronic Registration Systems solely as Nominee for WMC Mortgage Corporation. | August 18, 2008 |
| 3 | Washington Mutual Bank | August 18, 2008 |
| 4 | Washington Federal Savings | October 14, 2008 |
| 5 | Wachovia | August 18, 2008 |
| 6 | Canyon Community Bank | September 17, 2008 |

*[GRANTED stamp across page]*

First Trust Company of Onaga                                              October 22, 2008
CFBO Joyce A Cherry, Michael
Cherry and Laura Cherry

8. The Class 6 Claim of the State of Arizona Department of Revenue shall be paid and treated in accordance with that certain Stipulation dated June 5, 2008.

9. The Class 6 Claim of Wells Fargo Bank, N.A., shall be paid as provided for in the Plan, except that the Wells Fargo Class 6 Claim shall include interest at the Federal Judgment Rate from the date of the filing of the Petition Date until paid.

10. The properties in Class 5 to be surrendered to Lenders, shall increased by those properties (and lenders) identified in Exhibit "A" attached hereto.

11. All unexpired lease and executory contracts for which notice of rejection has been filed by the date of this order, including any such leases identified as to be rejected in the Plan, shall be and hereby are deemed rejected.

12. Any and all pre-confirmation operating reports for the Debtor, and any unpaid fees due to the Office of the United States Trustee, shall be filed and paid within ten (10) days of the later of the date they become due or the date of the entry of this Order.

13. Notwithstanding anything contained in the Plan to the contrary, following entry of this Order, the Reorganized Debtor shall file quarterly operating reports and shall pay quarterly fees until this case is closed, dismissed, or converted.

14. Any and all pending Motions for Stay Relief by the parties that have stipulated to confirmation of this Plan, shall be are hereby are denied, as moot.

NOW, THEREFORE, good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtor's First Amended Plan of Reorganization dated December 7, 2007, and amended on April 24, 2008 and May 22, 2008, and as further amended by the terms of this Order, shall be, and hereby is, confirmed.

DATED _____, 2008.

_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND APPROVED:

/s/ German Yusufov
German Yusufov
Terri A. Roberts
PIMA COUNTY ATTORNEY'S OFFICE
32 N. Stone Avenue, Suite 2100
Tucson, AZ 85701
Attorneys for Pima County


/s/ Steven M. Cox
Steven M. Cox
WATRFALL, ECONOMIDIS, CALDWELL,
HANDSHAW & VILLAMANA, P.C.
Attorneys for Wells Fargo Bank, N.A.

GRANTED

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17630/1044577267

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Deed and Note Traders, L.L.C.<br>      Debtor.<br>_____<br>Citibank, N.A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF12<br><br>      Movant,<br>  vs.<br><br>Deed and Note Traders, L.L.C., Debtor; Office of the US Trustee, Trustee.<br><br>      Respondents. | No. 4:07-bk-01734-EWH<br><br>Chapter 11<br><br>NOTICE OF DEFAULT<br><br>RE: Real Property Located at<br>2819 E. Edison<br>Tucson, AZ 85716 |

      Citibank, N.A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF12 secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

1. An Order Confirming Debtor's Plan of Reorganization dated December 7, 2007, as amended, was entered on October 23, 2008, which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust recorded in the records of the Pima County, Arizona Recorder's Office, which encumbers the following real property:

> The East 45 feet of the West 180 feet of Lot 5, Block 2, of NEW DEAL ACRES, according to the plat of record in the office of the County Recorder of Pima County, Arizona, in Book 6 of Maps, page 46.

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtor has not made the payments as required by the aforementioned Order. The Debtor is presently past due as follows:

| | | |
|---|---|---|
| a. | 2 Monthly Payments at $1,188.51 (July 1, 2009 – August 1, 2009) | $2,377.02 |
| b. | 1 Monthly Payment at $1,201.47 (September 1, 2009) | $1,207.47 |
| c. | Attorneys Fees | $150.00 |
| | Total Reinstatement | $3,734.49 |

PARTIAL TENDERS WILL NOT BE ACCEPTED

4. Notice is hereby given to the Bankruptcy Court, Debtor, counsel for Debtor, and Trustee, that unless debtor default under the terms of the Stipulation and Order is cured not later than ten (10) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 17th day of September, 2009.     TIFFANY & BOSCO, P.A.

By  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.