Paul M. Levine  (007202)
Matthew A. Silverman (018919)
**McCarthy ♦ Holthus ♦ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ  85012
(602) 230-8726

Attorney for: Movant,
Wells Fargo Bank N.A. as Trustee for Option One Mortgage Loan Trust 2005-2 Asset-Backed Certificates, Series 2005-2, its assignees and/or successors and its servicing agent American Home Mortgage Servicing Inc., successor in interest to Option One Mortgage Corporation

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Deed And Note Traders, L.L.C.,<br><br><br>Debtor.<br>───────────────────────<br>Wells Fargo Bank N.A. as Trustee for Option One Mortgage Loan Trust 2005-2 Asset-Backed Certificates, Series 2005-2, its assignees and/or successors and its servicing agent American Home Mortgage Servicing Inc., successor in interest to Option One Mortgage Corporation<br><br><br>Movant,<br>v.<br><br>Deed And Note Traders, L.L.C.,  Debtor,<br><br>Respondents. | Case No. 07-01734-EWH<br><br>Chapter 11<br><br><br>**DECLARATION RE NON CURE OF DEFAULT UNDER CONFIRMED CHAPTER 11 PLAN** |

I,_____ , declare and state as follows:

1. As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am employed by American Home Mortgage Servicing, Inc. as servicing agent for Wells Fargo Bank N.A. as Trustee for Option One Mortgage Loan Trust 2005-2 Asset-Backed Certificates, "Movant" herein, and am familiar with the subject Deed of Trust and loan in favor of Movant herein, and the subject Bankruptcy case.

3. I am familiar with the manner and procedure by which the records of American Home Mortgage Servicing, Inc. are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents at American Home Mortgage Servicing, Inc. in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. It is my business practice to maintain these records in the regular course of business.

4. The subject real property securing the Deed of Trust loan is commonly known as 3445S Western Way, Tucson, AZ 85735.

5. Movant is the holder of a Promissory Note dated 01/14/2005, in the principal amount of $161,142.00, which is secured by the Deed of Trust of the same date, and recorded in the Official Records of Pima County, on 01/21/2005.

6. The Debtor filed this subject bankruptcy petition on 09/07/2007.

7. Debtor's Chapter 11 Plan was confirmed with the Court on 10/23/2008.

8. Debtor subsequently defaulted under the Order Confirming Chapter 11 Plan on 11/01/2008. In accordance with the Order Confirming Chapter 11 Plan, Movant sent Debtor and Debtor's Attorney written Notice of Default on 10/01/2009. Debtor was instructed to cure the

default by paying the sum of $ 9,534.03 and sending said payment to counsel for Movant. As of this date, neither Movant nor counsel for Movant, has received any payment from the Debtors to cure the default. A true and correct copy of said Notice of Default is attached hereto as **Exhibit "1"** and made a part hereof. Pursuant to the Notice of Default, Debtor failed to make the following payments under the Order Confirming Chapter 11 Plan:

12 Interest Only Payments for 11/01/2008 - 10/01/2009 @ $866.73, each   $ 10,400.76

Total Default Under Confirmed Chapter 11 Plan:   **$ 10,400.76**

Further, Debtor is also due for the 11/1/2009 Interest Only Payment of $ 866.73. Accordingly, the sum necessary to cure the default is $11,267.49.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed /1-71-09, 2009, at Jacksonville (City), Florida (State)

*[signature]*