Kevin Hahn, #024277
MALCOLM ♦ CISNEROS,
A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)
kevin@mclaw.org

Attorneys for Movant,
WELLS FARGO BANK, N.A.
as trustee of WaMu Mortgage Pass-
Through Certificates, Series 2005-PR4,
and its successors and/or assignees,

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA TUCSON DIVISION

| | |
|---|---|
| In re:<br><br>DEED AND NOTE TRADERS, L.L.C.,<br><br>　　　　　　　Debtor,<br><hr>WELLS FARGO BANK, N.A. as trustee of WaMu Mortgage Pass-Through Certificates, Series 2005-PR4, and its successors and/or assignees,<br><br>　　　　　　　Movant,<br>vs.<br><br>DEED AND NOTE TRADERS, L.L.C., Debtor, and Trustee,<br><br>　　　　　　　Respondents. | Chapter 11<br><br>Case No. 4:07-bk-01734-EWH<br><br>**DECLARATION OF KEVIN HAHN RE: DEBTOR'S BREACH OF THE CONFIRMED CHAPTER 11 PLAN**<br><br>**-No Hearing Requested-** |

I, Kevin Hahn, declare and state as follows:

　　　　1.　　I am an Associate in the law firm of MALCOLM ~ CISNEROS, a Law Corporation, attorneys for Movant in the above-captioned proceeding. Based on the foregoing I have personal knowledge of the facts set forth below, and if called upon to testify thereto I could and would do so competently and truthfully.

///

2. Pursuant to the terms and conditions of the Order Confirming Debtor's Plan of Reorganization Dated December 7, 2007 As Amended (the "Plan") entered by this Court on October 23, 2008, the Debtor was required to tender the deferred interest only payments on the Outstanding Principle together with an interest at the rate established by Bankrate.com. A true and correct copy of the Plan is attached hereto as Exhibit "1."

3. The Debtors have defaulted under the terms of the Plan by failing to make their post petition payments for April 1, 2009 through October 1, 2009 in the amount of $1,335.88 each.

4. On October 29, 2009, the Debtor, DEED AND NOTE TRADERS, L.L.C., and their attorney, SCOTT D. GIBSON, were provided ten (10) days written notice of the Debtor's failure to make the above mentioned payments pursuant to the Plan. A true and correct copy of the letter is attached as Exhibit "2."

5. The October 30, 2009, default letter expired on November 9, 2009. As of December 1, 2009, neither our office nor WELLS FARGO BANK, N.A. as trustee of WaMu Mortgage Pass-Through Certificates, Series 2005-PR4 has received payment to cure the default.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on December 1, 2009, at Irvine, California.

 */s/ Kevin Hahn*, #024277
KEVIN HAHN, ESQ.

EXHIBIT "1"

**ORDERED.**

Dated: October 23, 2008



*(signature)*
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

LAW OFFICES
**GIBSON, NAKAMURA & GREEN, P.L.L.C.**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

Scott D. Gibson, SBN 007395
Kristen M. Green, SBN 019802
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings Under Chapter 11 |
| DEED AND NOTE TRADERS, L.L.C., | 4:07-bk -01734-EWH |
| Debtor. | **ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION DATED DECEMBER 7, 2007 AS AMENDED** |

All objecting creditors and parties in interest having stipulated to the confirmation of the Debtor's First Amended Plan of Reorganization dated December 7, 2007 and amended on April 24, 2008 and May 22, 2008 (collectively the "Plan"), and good cause appearing, the Court hereby finds and concludes as follows:

1. The Plan complies with each and all of the requirements of confirmation as prescribed by Title 11, United States Code, including, but not limited to, 11 U.S.C. §§ 1123 and 1129(a)(1)-(13);

2. The Effective Date of the Plan shall be eleven (11) days following the date of the entry of this Order;

DEED AND NOTE TRADERS\ORD CONFIRMING PLAN
10/22/08 11:34 AM

EXHIBIT 1

3. The Debtor shall be, and hereby is, authorized and directed to pay any and all claims classified as Class 1 administrative expenses under the Plan, to the extent that such claims have been allowed, or to the extent such claims are for professional fees, or to the extent such fees have been allowed after notice and opportunity for hearing thereon;

4. The Class 2 claims of Pima County shall be paid, in cash and in full, on the Effective Date.

5. The payment and treatment of the Class 3 Claim of GMAC shall be governed by that certain Stipulation dated July 9, 2008;

6. The payment and treatment of the Class 3 Claim of Vantage West shall be governed by that certain Stipulation dated Vantage West, 2008;

7. The payment and treatment of the following Class 4 Claims shall be governed by those certain Stipulations Identified below:

| Creditor | Date of Stipulation |
|---|---|
| RMKM Family Ltd. Partnership | April 24, 2008 |
| Clyde Gavin | April 24, 2008 |
| Alaska Seaboard Partners | July 9, 2008 |
| Option One Mortgage and Washington Mutual Bank, F.A. | August 4, 2008 |
| Middleton/Peth | August 4, 2008 |
| Chase Home Finance, L.L.C., MERS as Nominee for Sun Trust Mortgage, Inc., Wilshire Credit Corporation, Sun Trust Mortgage, Inc. | August 14, 2008 |

. . .

. . .

GIBSON, NAKAMURA & GREEN, P.L.L.C.
LAW OFFICES
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

| | |
|---|---|
| Base Home Finance, L.L.C., Countrywide Home Loans, Flagstar Bank, Specialized Loan Servicing, Wells Fargo Bank, N.A., National City Bank Mortgage, America's Servicing Company, Avelo Mortgage, Litton Loan Servicing, L.P., Saxon Mortgage Services, Inc., HomeEq Servicing Corporation, Aurora Loan Services, L.L.C., EMC Mortgage Corporation, Home Loans Services. | August 15, 2008 |
| Option One Mortgage Corporation, Mortgage Electronic Registration Systems solely as the Nominee for IMPAC Lending Group, Mortgage Electronic Registration Systems solely as the Nominee for Concord Mortgage Company., Mortgage Electronic Registration Systems solely as the Nominee for Nova Financial & Investment Corp., Express Capital Lending, IMPAC Funding Corporation, Argent Mortgage Company, L.L.C., Wachovia Mortgage fka World Savings Bank, FSB, Mortgage Electronic Registration Systems solely as Nominee for American Brokers Conduit, First Franklin Financial Corporation, Mortgage Electronic Registration Systems solely as Nominee for First NLC Financial Services, L.L.C., Mortgage Electronic Registration Systems solely as Nominee for Acoustic Home Loans, L.L.C., Mortgage Electronic Registration Systems solely as Nominee for WMC Mortgage Corporation. | August 18, 2008 |
| Washington Mutual Bank | August 18, 2008 |
| Washington Federal Savings | October 14, 2008 |
| Wachovia | August 18, 2008 |
| Canyon Community Bank | September 17, 2008 |



DEED AND NOTE TRADERS.\ORD CONFIRMING PLAN
10/22/08 11:34 AM

-3-

EXHIBIT 1

8. The Class 6 Claim of the State of Arizona Department of Revenue shall be paid and treated in accordance with that certain Stipulation dated June 5, 2008.

9. The Class 6 Claim of Wells Fargo Bank, N.A., shall be paid as provided for in the Plan, except that the Wells Fargo Class 6 Claim shall include interest at the Federal Judgment Rate from the date of the filing of the Petition Date until paid.

10. The properties in Class 5 to be surrendered to Lenders, shall increased by those properties (and lenders) identified in Exhibit "A" attached hereto.

11. All unexpired lease and executory contracts for which notice of rejection has been filed by the date of this order, including any such leases identified as to be rejected in the Plan, shall be and hereby are deemed rejected.

12. Any and all pre-confirmation operating reports for the Debtor, and any unpaid fees due to the Office of the United States Trustee. shall be filed and paid within ten (10) days of the later of the date they became due or the date of the entry of this Order.

13. Notwithstanding anything contained in the Plan to the contrary, following entry of this Order, the Reorganized Debtor shall file quarterly operating reports and shall pay quarterly fees until this case is closed, dismissed, or converted.

14. Any and all pending Motions for Stay Relief by the parties that have stipulated to confirmation of this Plan, shall be are hereby are denied, as moot.

NOW, THEREFORE, good cause appearing,

. . .
. . .
. . .

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtor's First Amended Plan of Reorganization dated December 7, 2007, and amended on April 24, 2008 and May 22, 2008, and as further amended by the terms of this Order, shall be, and hereby is, confirmed.

DATED _____, 2008.

_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND APPROVED:

/s/ German Yusufov
_____
German Yusufov
Terri A. Roberts
PIMA COUNTY ATTORNEY'S OFFICE
32 N. Stone Avenue, Suite 2100
Tucson, AZ 85701
Attorneys for Pima County


/s/ Steven M. Cox
_____
Steven M. Cox
WATRFALL, ECONOMIDIS, CALDWELL,
HANDSHAW & VILLAMAN, P.C.
Attorneys for Wells Fargo Bank, N.A.

DEED AND NOTE TRADERS.\ORD CONFIRMING PLAN
10/22/08 11:34 AM

-5-

EXHIBIT 1

EXHIBIT "2"

# The Offices Of
# MALCOLM ♦ CISNEROS
### A LAW CORPORATION

INLAND EMPIRE OFFICE
3403 10TH STREET, SUITE 711
RIVERSIDE, CA 92501
TELEPHONE: (951) 682-9705

2112 BUSINESS CENTER DRIVE
SECOND FLOOR
IRVINE, CALIFORNIA 92612
TELEPHONE (949) 252-9400
FACSIMILE (949) 252-1032

NEVADA OFFICE
915 EAST BONNEVILLE
LAS VEGAS, NV 89101
TELEPHONE: (702) 382-1399

October 29, 2009

**VIA REGULAR MAIL AND FACSIMILE**      520-722-0400

Scott D. Gibson
Gibson, Nakamura & Green, PLLC
2329 N. Tucson Blvd.
Tucson, AZ 85716

  Re: In re David Kinas; Deed and Note Traders, L.L.C.
     Bankruptcy Case No. 4:07-bk-01734-EWH
     Loan No. XXXXXX7663
     Our File No. m43635
     Property: 3926 E. Camino De Pal, Tucson, AZ 85711

Dear Mr. Gibson:

  Wells Fargo Bank, N.A. as trustee of WaMu Mortgage Pass-Through Certificates, Series 2005-PR4, ("Wells Fargo Bank, N.A.") and its successors and/or assignees' records reflect that your client is in default under the Confirmed Chapter 11 Plan, ("Plan") in the above-referenced proceeding in the sum of $8,356.05 as outlined on the attached Exhibit "1" through October 2009.

  Pursuant to the terms of the above-referenced Plan, in the event your client fails to cure the above default **within 10 days** of this mailing, Wells Fargo Bank, N.A. may file and serve a declaration specifying the default, together with a proposed Order Terminating Automatic Stay.

  Payment should be made in **certified funds**, payable to Wells Fargo Bank, N.A. and delivered to the attention of the undersigned at the Irvine California address listed above.

          Sincerely,

          MALCOLM ♦ CISNEROS

          WGM

          WILLIAM G. MALCOLM By M.I.

WGM:mi
cc: Jason Downing for Wells Fargo Bank, N.A.

   David Kinas
   Deed and Note Traders, L.L.C.
   1302 N. Alvernon Way
   Tucson, AZ 85712

EXHIBIT 2

Post-Petition Loan History

Debtor(s): David Kinas  
Deed and Note Traders, L.L.C.  
Case No: 07-01734  

Loan No. XXXXXX7663  
Filing Date: September 7, 2007

| Due Date: | P & I | County Taxes | Hazard Ins. | Overage | Total Due: | Date Rec'd | Amt Rec'd | Balance Due |
|---|---|---|---|---|---|---|---|---|
| Nov-01-08 | $ 945.87 | $ 147.96 | $ 43.33 | $ 68.24 | $ 1,205.40 | | $ - | $ 1,205.40 |
| Dec-01-08 | $ 945.87 | $ 147.96 | $ 43.33 | $ 68.24 | $ 1,205.40 | Dec-19-08 | $ 1,335.88 | $ 1,074.92 |
| Jan-01-09 | $ 1,016.81 | $ 147.96 | $ 43.33 | $ 68.24 | $ 1,276.34 | Jan-15-09 | $ 1,335.88 | $ 1,015.38 |
| Feb-01-09 | $ 1,016.81 | $ 147.96 | $ 43.33 | $ 68.24 | $ 1,276.34 | Feb-12-09 | $ 1,335.88 | $ 955.84 |
| Mar-01-09 | $ 1,016.81 | $ 147.96 | $ 43.33 | $ 68.24 | $ 1,276.34 | Mar-19-09 | $ 1,335.88 | $ 896.30 |
| Apr-01-09 | $ 1,016.81 | $ 147.96 | $ 43.33 | $ 68.24 | $ 1,276.34 | | $ - | $ 2,172.64 |
| May-01-09 | $ 1,016.81 | $ 147.96 | $ 43.33 | $ 68.24 | $ 1,276.34 | May-28-09 | $ 1,335.88 | $ 2,113.10 |
| Jun-01-09 | $ 1,016.81 | $ 147.96 | $ 43.33 | $ 68.24 | $ 1,276.34 | | $ - | $ 3,389.44 |
| Jul-01-09 | $ 1,016.81 | $ 147.96 | $ 43.33 | $ 68.24 | $ 1,276.34 | | $ - | $ 4,665.78 |
| Aug-01-09 | $ 1,016.81 | $ 175.70 | $ 37.58 | $ - | $ 1,230.09 | | $ - | $ 5,895.87 |
| Sep-01-09 | $ 1,016.81 | $ 175.70 | $ 37.58 | $ - | $ 1,230.09 | | $ - | $ 7,125.96 |
| Oct-01-09 | $ 1,016.81 | $ 175.70 | $ 37.58 | $ - | $ 1,230.09 | | $ - | $ 8,356.05 |
| Totals | $ 12,059.84 | $ 1,858.74 | $ 502.71 | $ 614.16 | $ 15,035.45 | | $ 6,679.40 | $ 8,356.05 |
| Outstanding Debt: | | | | | $ 8,356.05 | | | |

EXHIBIT "1"

Rev. 1-14-09

EXHIBIT_2